MDL 1500

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 13 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1500

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

*Stuart Wollman v. AOL Time Warner Inc., et al.*, E.D. Virginia, C.A. No. 1:02-1221
*Rodney W. Narbesky v. AOL Time Warner Inc., et al.*, E.D. Virginia, C.A. No. 1:02-1292
*Jason Walsh v. AOL Time Warner, Inc.*, E.D. Virginia, C.A. No. 1:02-1710

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 16, 2002, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Shirley Wohl Kram.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kram.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 16, 2002, ___F.Supp.2d___ (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 29 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IMAGED JAN 30 '03