

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1500

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-5)

On December 16, 2002, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, five additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shirley Wohl Kram.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kram.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 16, 2002, 235 F.Supp.2d 1380 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED MAR 2 4 2006

**SCHEDULE CTO-5 - TAG-ALONG ACTIONS**
**DOCKET NO. 1500**
**IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION**

<u>DIST. DIV. C.A. #</u>　　　　　<u>CASE CAPTION</u>

**HAWAII**
　HI  1  06-79　　　　Hawaii Electricians' Annuity Fund, et al. v. AOL Time Warner, Inc., et al.

**MASSACHUSETTS**
　MA  1  06-10281　　New England Health Care Employees Pension Fund, et al. v. AOL Time Warner, Inc., et al.

**NEW JERSEY**
　NJ  2  06-642　　　Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds, et al. v. AOL Time Warner Inc., et al.

**NEW MEXICO**
　NM  1  06-122　　　New Mexico Educational Retirement Board, et al. v. AOL Time Warner, Inc., et al.

**TEXAS SOUTHERN**
　TXS  4  06-420　　Frost National Bank v. AOL Time Warner, Inc., et al.
　TXS  4  06-543　　Hibernia National Bank v. AOL Time Warner, Inc., et al.