Case MDL No. 1500   Document 30   Filed 09/10/09   Page 1 of

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 10, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: AOL TIME WARNER INC.
SECURITIES & "ERISA" LITIGATION                    MDL No. 1500

**ORDER REASSIGNING LITIGATION**

Due to the death of the Honorable Shirley Wohl Kram, the Southern District of New York has notified the Panel that the actions in the above litigation should be reassigned.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Colleen McMahon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
John G. Heyburn II
Chairman